FILED

MAR 27 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Plaintiff Lowell Green, #00518622

Case No. SA23CA0383 FB

v.

Defendant Fourth Court of Appeal, et al.

---

Please See Complaint Attached

1.) The United States Congress is the predominately Authority on the laws of the United States and not judges of the Fourth Court of Appeals. Lowell DeQuincy Green NO. 04-13-00456-CR. Chief Justice Catherine Justice Chapa Presided over an illegal and unauthorized prosecution from Dallas County, Texas 291st District Court cause no. F82-90247-RU. LOWELL DEQUINCY GREEN, 3753 Bernal Drive Dallas, Texas, July 1982 Burglary Brancato's store, West Dallas Shopping Center Singleton Blvd. Plea-Bargain (4) years Probation Community Supervision. Tex. Code of Crim. Proc. Ann. art. 26.13(a)(2) (illegal) contract, the trial court "used" October 1982 Lowell Quincy Green Aggravated Robbery Singleton Blvd., with a Deadly Weapon, to-wit: a Knife. Tex. Penal Code Ann. § 29.03(a)(2) under the law of Parties. Co-defendant Marvin Harper, Tex. Penal Code Ann. § 7.02,

Page 1. See other side

Page 2 of 6

291st District Court of Dallas County, Texas, Cause no. F82-90247-RU (void) Judgment

(2) → Plain error. The United States Supreme Court held (a) juvenile cannot be convicted in an Adult Criminal Court without (Certification) examining trial. Morrissey v. Brewer, 408 U.S. 471 (1972.) The Parole Board cannot revoke Lowell Quincy Green ~~[scratched out]~~ Oct. 1980 Parole without due process of law. SID-TX03036024

(3) The State of Texas, McLennan County, City of McGregor (114 Roger Street) Texas, May 13, 1965 Lowell Quincy Green Born.

(9) ~~[scratched out]~~ San Antonio Appeal No. 04-13-00456-CR 54th District Court Cause no. 2012-791-C2, 2012-790 and 2012-791-C2, Skinny's Convenience Store

Page 2.

Robinson, Texas February 05, 2012, LOWELL QUINCEY GREEN (2408 Ethel Ave Apts-A) Waco, Texas 76701 will not support an (illegal) Life sentence Cause: 17-092

(5) Defender Lawrence E. Johnson, Ms. Henderson, Defense Investigator D. Youngblood, April 18, 2012, Appointed 801 Washington Ave. #400 Waco, Texas 76701. ~~Johnson~~

(6) District Attorney Abel Reyna, Prosecutor's Brandon Lucy, Landon Ramsey, McLennan County, Texas Criminal District Attorney Office's 219 Niloth Street #200 Waco, Texas 76701

(7) Waco Mental Health Dr. Baker for Defense, March 24, 2012
(8) Dr. Mark's (Incompetency) for Defense Oct. 22, 2012
(9) Dr. Carter (Insanity) for Defense Oct. 23, 2012, Medina V. California, 505 U.S. 437, 439 (1992)("It is well established that the Due Process Clause of the Fourteenth Amend-

Page 3. See other side

ment prohibits the criminal prosecution of a defendant who is not competent to stand trial"), see

(10) Lowell Quincy Green v. United States of America, 20-40268 (5th Cir) Pro Se, Clerk Donna L. Mendez violated the United States Congress Eighth Amendment (USDC NO 6:18-cv-513, Donna L. Mendez lied to my family Terri Green Exhibit A. Lowell DeQuincy Green) 19-10322 (5th Cir)(Donna L. Mendez) USDC NO. 3:18-cv-1454-M-BT (N.D.Tex. Dallas) illegal. May 23, 1989 (140208) (Donna L. Mendez)(3:18-cv-2118)

13) Treason to the Fourteenth Amendment of the United States Constitution. Marbury v. Madison, 5 U.S. (1 Cranch

Page 4.

137, 163, 165 (1803). The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection.... The government of the United States has been emphatically termed a government of laws and not of men. USDC number 5:23-cv-00102-FB, (5:23-cv-106-FB) 5:23-cv-107-FB (5:23-cv-108-FB) 5:23-cv-93-FB (5:22-cv-1332-FB) 5:22-cv-01349 XR. It would certainly cease to deserve

Page 5. See other side.

Page 6 of 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

this high appellation, if the laws furnish no remedy for the violation of a vested right. Can it be imagined that the law furnished to the injured person

Lowell Green
#00518622 Connally Unit
899 FM 632
Kenedy TX US 78119

Case: 5:23-cv-00216
Instrument: 3
bot1

a remedy, yet

Attorneys admitted to practice in the Western District of Texas must register for electronic filing.

believed that

Attorneys granted permission to appear pro hac vice must immediately register for electronic filing.

our legislature would ever

For Pro Se/Prisoner Filers: You are not required to file electronically or register for e-mail notification, however non-prisoner pro se litigants may petition the Court for permission to electronically file.

attempt to main-

For all these matters, please visit our website at: www.txwd.uscourts.gov/CMECF

tain such a proposition.

Prayer Request:

13. Plaintiff incorporate paragraphs 1 through 12 as though they were stated fully herein and Demand $14 Million Dollars as a Right! And my instant Liberty. USCA 13th, 14th (Slavery) is prohibited. Lowell Green
3/14/2023

① LOWELL DEQUINCY GREEN 03036024, 00518622 CY 8L31  51  ID:1720114749 [P 1/1]  12/03/22

**You have received a jpay letter, the fastest way to get mail**

From: Terri Green, CustomerID: ~~23360762~~
To: LOWELL DEQUINCY GREEN, ID: 03036024, 00518622
Date: 3/13/2023 11:43:14 AM EST,   Letter ID: 1720114749
Location: CY
Housing: 8L31  51

20-40268

EXHIBIT "A" UTMB 6:18-CV-513

③ hello big baldheaded handsome man. well first all I want to know how you doing I haven't heard from you in a while but I understand I wish that I can send money to you so that you can buy the things that you need but I know that you owe indigent. I understand that so I got in contact with the head clerk. you know about Mendez. she said that your case has been denied that you have filed a motion for consideration and it was denied as well April of 2017 said that you have been sending in so much paperwork and they told you that your case is closed that it's nothing else can be done she also said that she did not see anything test to emotion about you with your medical records said to ask you to give a date when did they had supposed to have received your medical records and if she find them that she will send them back to you personally she said Miss green please tell him that he can stop writing because his Case is closed. and I'm not lying she put me on hold for about 45 minutes before she got back and she said Ms Green I don't know where to start because he keeps sending in paperwork she said it's nothing that we can do his case is closed and she said that it could be harassment file but they will not do that because you keep sending in paperwork and they're not trying to read it they just keep rejecting it because it's nothing that they can do because your case been closed since 2017 and that's what she said so I don't know what else to do Shane and I hate I had to give you this information but you smart and you know how to handle it cause I know you can handle it. just like she said you're very intelligent man and she said it again she said I really hate this but the case is closed and he just wasting his time pencil and paper I'm just telling you what she said but anyway I haven't heard from you and I was just checking on you and about that house I went there me and Miss Millie and on 5th Street and that lady said she said $16,000 and whatever will have to be splitted it's not for individuals and she said it's a thousand names on that deed and whoever file the motion and is considered will be the one to get it but she said it's a lot of heirs . so I don't know what's going on with that I can really care less cause Mom is gone that was mama Lola's people's property Ruby kid's name on it puddin child name on. it Sharon's daughter name on it . Charles name on it and just like the lady said if they have children their children's is entitled to it as well so I'm out of that my blood pressure is too high to worry about something like that I'm blessed with the little God has gave me I'm blessed with that I'm not trying to do anything else and they don't make me illiterate to the law it's just I'm not going to waste my time I have more years behind me than I have ahead of me and I'm just not going to waste it on something like that but I'll let you know I love you and stuff and I wish that I could do more I really do cause I love you more than words can ever explain you my number one stunner yes you are can't nothing change that nothing ever will change that you my baby brother and we have been through a lot together a whole lot and I wouldn't want to change that for nothing on this Earth because I enjoy those memories well I love you I hate that you ain't got no writing paper or nothing I wish you was something I could do. so just tell me what else you want me to do and I'll try my best to do it to the best of my ability just to make you happy I love you and I'll talk to you later

④ **FALSE IMPRISONMENT**

under LOWELL DEQUINCY GREEN

V. UTMB, 18-40672 (5th) Cir.

(Donna L Mendez) 6:18-CV-22 (~~Sutton~~)

⑤ 5:23-CV-216) Hon. Jason Pulliam 3/14/2023

Lowell Green

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

Clerk File and return Copy. DO not commit Fraud on the Court. Please Serve J. Torres, Mailroom Sup, Connally Unit. Thank You.

Gary Green v. United States, Page 1 of 8
17-51013 (5th Cir.) cannot violate the United States Congress Article VI Supreme Law of the Land apply to the Fifth Circuit,

1. USDC NO. 1:16-CV-1048 (W.D. Tex Austin 2016) 28 USC § 2254

2. Gary Green v. Lorie Davis, WR-83,164-02 (Tex. Crim. App. 2016) App No. 13-13-00418-CR

3) Thirteenth Court of Appeals Chief Vela Rodriguez Opinion, Proc Ann. §1.051 May 2015 (Westlaw through 2013 3rd C.S.). This right necessarily includes the right to reasonably effective assistance of Counsel. Strickland v. Washington, 466 U.S. 668, 686 (1984) to establish ineffective assistance of Counsel

Page 1. See other side

an appellant must show by a preponderance of the evidence that (1) trial counsel performance fell below an objective standard of reasonableness, and (2) the deficient performance prejudiced the defense. Texas adopted the Strickland test in Hernandez v. State, 726 S.W. 2d 53 (Tex. Crim. App. 1986) (en banc), West v. State, 383 S.W. 3d 747, 752 (Tex. Crim. App. 2012).

To satisfy Strickland's first prong, the appellant must identify acts or omissions of counsel that allegedly were not the result of reasonable judgment. Strickland, 466 U.S. at 690. A defendant must overcome the strong pre-

Page 3 of 8

sumption that trial counsel's actions fell within the wide range of reasonable and professional assistance. Garza v. State, 213 S.W.3d 338, 347-48 (Tex.Crim.App. 2007)(see) also Jackson v. State, 877 S.W.2d 768, 771 (Tex.Crim.App. 1994)(en banc). If the reasons for counsel's conduct at trial do not appear in the record and it is possible that the conduct could have been grounded in legitimate trial strategy, an appellate court will defer to counsel's decisions and deny relief on an ineffective assistance claim on direct appeal. A proper record is best developed in a habeas corpus proceeding or motion for a new trial hearing. Jensen v. State, 66 S.W.3d 528, 5-B (Tex.App-Houston [14th Dist. 2002)

Page 3, see other side

~~pet. ref'd~~); Garza 213 S.W.3d at 348; See also Menefield v. State, 363 S.W.3d 591, 593 (Tex. Crim. App. 2012) (holding that "[a]n ineffective-assistance claim must firmly founded in the record and the record must affirmatively demonstrate the meritorious nature of the claim".)

F. Records on Appeal:

1) The State of Texas V. GARY HAROLD GREEN, In the 390th Judicial District Court of Travis County, Austin, Texas, ~~[scribbled out]~~ The Travis County, State of Texas, Grand Jury information, on or about June 02, 2012. Gary Harold Green did then and there while in the course of committing theft of property and with

Page 4.

intent to obtain or maintain control of the property, intentionally, knowingly or recklessly caused bodily injury to Complainant Lena Hoffman by striking Complainant Lena Hoffman with his hand. Cause no. D-1-DC-12-202798, Robbery. Tex. Penal Code Ann. §29.02, Against the Peace and Dignity of the State,

(5) Rosemary Lehmberg, Travis County Criminal District Attorney, Prosecutor's Chris Bauch, Katie Sweeton, Public Defender Richard B. Jones Committed "Treason" Art. 1, §10 of the Texas Constitution Grand Jury deprived Judge Julie Kocurek of (Subject Matter-Jurisdiction) June 02, 2012, the indictment Cause no. D-1-DC-12-202798

(omitted) unlawfully appropriate Lena Hoffman (laptop computer) Value, Make, Model, Color, Serial number, and with intent to obtain [and] maintain control of the property. Tex. Penal Code Ann. § 31.03, § 29.01(a)(29.02(a), Robbery, intentionally, knowingly, recklessly; rendered cause no. D-1-DC-12-202798 (void ab initio) on it Face; violated the United States Constitution Fifth, Sixth and Fourteenth Amendment.

(6) (99 Years) Cruel and unusual Punishment. Appellate Counsel Kristina Jernigan was a fraud on appeal. No. 93-13-00418-CR Corpus Christi has "NO" jurisdiction over

3rd Court of Appeals, Travis County, Austin, Texas June 02, 2012,

(7) WR-83,644-02 Court of Criminal Appeals. COA# 13-13-00418-CR Trial No. D-1-DC-12-202788, 390th Judicial Court of Travis County, Austin, Texas. Treason. Art. VI of the United States Constitution. Green v. Lorie Davis, USDC NO. 1:16-CV-1048 (W.D.Tex. Austin 2012) (Judge Sam Sparks and Mark Lane) Document 14 violated the United States Constitutional Oath of their Office. Recorded.

(8) ~~R-7002~~ 17-51013 (Donna L. Mendez)
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT ~~F. EDWARD HERBERT~~
~~BUILDING~~ OFFICE OF THE CLERK
F. EDWARD HERBERT BUILDING
600 S. MAESTRI PLACE NEW ORLEANS,
Page 7, See other side,

Page 8 of 8

LOUISIANA 70130-3400   11/18/2022 US POSTAGE $000.57°
ZIP 70130
041M11471134

Gary Green # 18606626
John B. Connally
899 FM 632
Kenedy, TX 78119

12/20/22     SPECIAL MAIL

Open only in the presence of inmate

(9)    Logged J. Torres Mailroom Supervisor.

10) Gary Green v. Julie Kocurek et al. USDX No.
1:19-CV-00497 (42 USC § 1983) W. D. Tex.
Austin Division 2019. (Contempt) 18 USC § 401

11. Gary Green v. Correction Officer Cruz,
Connally Unit Administration. USDC
NO. 3:22-CV-00434 (N. D. Tex. Dallas 2022)

12) (Judge A. Joe Fish) Filed $7.25
Million Dollars, Demanded.
Gary Green # 18606626 (3/14/2023) File (Return)
Copy.